UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE WHITE, #838715,

    Plaintiff,

v.

    File no: 1:22-cv-721

    HON. ROBERT J. JONKER

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
    _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 20, 2022 (ECF No. 22).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Huyge's motion for summary judgment (ECF No. 13) is **GRANTED**, and Plaintiff's claim against Defendant Huyge is **DISMISSED without prejudice**.

Dated:  January 17, 2023              /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE